PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.  ) | **Docket Number: 1:04CR5332-01 OWW** |
| ) | |
| **FRANCISCO MIGUEL SANCHEZ** ) | |
| ) | |

On July 29, 2005, the above-named was placed on supervised release for a period of 2 years. Although, he has had issues complying with the rules and regulations of supervision, it is recommended that he be discharged from supervision. The offender is on supervised release in the Central District of California (CR96-00017-GHK) until August 21, 2008, and the CD/CA is dealing with all violation conduct.

Respectfully submitted,

/s/ Scott J. Waters

**Scott J. Waters
Senior United States Probation Officer**

Dated:  December 1, 2006
        Fresno, California


**REVIEWED BY:**    /s/ Bruce A. Vasquez
                   **Bruce A. Vasquez
                   Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

**Re:    SANCHEZ, Francisco Miguel**
**       Docket Number:   1:04CR5332-01 OWW**
**       ORDER TERMINATING PROBATION**
**       PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.


IT IS SO ORDERED.

| | |
|---|---|
| **Dated:   December 18, 2006** | **/s/ Oliver W. Wanger** |
| emm0d6 | UNITED STATES DISTRICT JUDGE |